No. 9456. STATE OF MONTANA, PLAINTIFF AND APPELLANT, *v.* ROBERT D. MacLEAN, DEFENDANT AND RESPONDENT.

278 Pac. (2d) 1006.

Decided July 27, 1954.

*Robert W. O'Donovan,* Co. Atty., Missoula, for appellant.
*Dalton T. Pierson, Russell E. Smith,* Missoula, for respondent.

Per Curiam.

On motion of the respondent and after hearing oral argument on the part of counsel for both the state and respondent, it is ordered that this appeal be dismissed with prejudice for failure of the appellant to file a transcript or record on appeal within the time allowed by law therefor or at all.